UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY ESQ. SR., DBA SHEETMETAL & ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>COLONY INSURANCE COMPANY,<br><br>Defendant. | No. 2:20-cv-00303 JAM CKD PS<br><br><br><br>ORDER |

On March 2, 2020, plaintiff filed a request for reconsideration of the magistrate judge's order filed February 18, 2020, dismissing plaintiff's complaint and granting plaintiff thirty days to file an amended complaint. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." As the ruling was not clearly erroneous or contrary to law reconsideration is not warranted.

Therefore, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 4) is denied, and upon reconsideration, the order of February 18, 2020, is affirmed.

Dated: March 9, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/murphy0303.850

1